1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOSE LUIS ORTEGA,                    Case No. CV 18-10621 JVS (SS)

12                    Plaintiff,
                                          **ORDER ACCEPTING FINDINGS,**
13        v.
                                          **CONCLUSIONS AND RECOMMENDATIONS**
14   ANDREW M. SAUL, Commissioner
     of Social Security,                  **OF UNITED STATES MAGISTRATE**
15
                                          **JUDGE**
16                    Defendant.

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the

19   Complaint, all the records and files herein, and the Report and

20   Recommendation of the United States Magistrate Judge.  The time

21   for filing Objections to the Report and Recommendation has passed

22   and no Objections have been received.  Accordingly, the Court

23   accepts the findings, conclusions and recommendations of the

24   Magistrate Judge.

25

26

27

28

1    **IT IS ORDERED** that Judgment shall be entered dismissing this
2  action with prejudice for failure to prosecute and obey Court
3  orders.

4

5    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
6  Order and the Judgment herein on counsel for Plaintiff and counsel
7  for Defendant.

8

9    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

10

11

12  DATED: September 11, 2019

13                              _____
                               JAMES V. SELNA
14                             UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28