JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE LUIS ORTEGA,

         Plaintiff,

   v.

ANDREW M. SAUL, Commissioner
of Social Security,

         Defendant.

Case No. CV 18-10621 JVS (SS)

**JUDGMENT**

    Pursuant to the Court's Order Accepting Findings, Conclusions
and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.

DATED: September 11, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE